[No. 37177-4-II. Division Two. March 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DESHA J. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-01517-9, Gary R. Tabor, J., entered December 24, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 37268-1-II. Division Two. March 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LORN ANTHONY DOOLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-01312-5, Christine A. Pomeroy, J., entered January 17, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 37304-1-II. Division Two. March 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN BENJAMIN BLODGETT, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 07-1-00288-9, S. Brooke Taylor, J., entered January 25, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Armstrong, J.

[No. 37342-4-II. Division Two. March 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BILL CHARLES BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-01666-0, John F. Nichols, J., entered January 17, 2008. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.